UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-435-1D(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| EDDIE LAMAR PHILLIPS | ) | |

The Grand Jury charges that:

COUNT ONE

On or about April 24, 2018, in the Eastern District of North Carolina, EDDIE LAMAR PHILLIPS, the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO

On or about April 24, 2018, in the Eastern District of North Carolina, at a time and place separate from the allegation in Count One of this Indictment, EDDIE LAMAR PHILLIPS, the defendant herein, did knowingly and intentionally possess with intent to distribute quantities of marijuana and heroin, Schedule I controlled substances, and quantities of cocaine and cocaine base (crack), Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about April 24, 2018, in the Eastern District of North Carolina, EDDIE LAMAR PHILLIPS, the defendant herein, did knowingly possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

On or about April 24, 2018, in the Eastern District of North Carolina, EDDIE LAMAR PHILLIPS, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, firearms, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[Remainder of page intentionally left blank]

## FORFEITURE NOTICE

As a result of the foregoing offense in Counts One and Two, the defendant shall forfeit to the United States any and all of the defendant's interest in property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, or any property traceable to such property, under the provisions of Title 21, United States Code, Section 853.

In addition, as a result of the foregoing offense in Counts Three and Four, the defendant shall forfeit to the United States any and all of the defendant's interest in any firearms and ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g), under the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c). The forfeitable property includes, but is not limited to --

(1)  $1,125.00 in United States Currency;

(2)  a Ruger, .380-caliber, Model LCP, semi-automatic pistol, bearing serial number 37209954;

(3)  a Glock, Model 17, .9mm-caliber, semi-automatic pistol, bearing serial number SVN524; and

(4)  a Taurus, .25-caliber, revolver, bearing serial number DBN51038, and any and all ammunition.

3

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

<u>6 Nov 2018</u>
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: JAMES J. KUROSAD
Assistant United States Attorney

4