

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

April 15, 2022

Eddie Lamar Phillips, Reg. No: 65532-056
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

Re: Eddie Lamar Phillips v. USA
    Criminal No. 5:18-CR-435-1D
    Civil No. 5:20-CV-34-D

Dear Mr. Phillips:

The respondent has filed a motion to dismiss with regard to the above-captioned action. Local Civil Rule 7.1(f)(1), EDNC provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the Court may grant the motion and your case will be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything you file with the Court must be served on all other parties or their counsel if they are represented. **Your material in opposition to the motion to dismiss must be filed on or before May 6, 2022.**

Sincerely,

/s/ Peter A. Moore, Jr.
Clerk

PAM/ll