IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-435-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDDIE LAMAR PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 73], the court DENIES defendant's motion for a sentence reduction [D.E. 67].

SO ORDERED. This 18 day of November, 2022.

JAMES C. DEVER III
United States District Judge