IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-435-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDDIE LAMAR PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States MUST file a response to defendant's motions [D.E. 81, 83] not later than March 3, 2026.

SO ORDERED. This 6 day of February, 2026.

_____
JAMES C. DEVER III
United States District Judge