IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-435-D
No. 5:20-CV-34-D

EDDIE LAMAR PHILLIPS,        )
                             )
                Petitioner,  )
        v.                   )
                             )        **ORDER**
UNITED STATES OF AMERICA,     )
                             )
                Respondent.   )

The court GRANTS the government's motion to dismiss for lack of jurisdiction [D.E. 88] and DISMISSES WITHOUT PREJUDICE petitioner's motion to vacate under 28 U.S.C. § 2255 [D.E. 83]. Petitioner filed one unsuccessful motion under 28 U.S.C. § 2255 and has not received authorization from the United States Court of Appeals for the Fourth Circuit to file this successive motion. Cf. [D.E. 65]. Thus, this court lacks jurisdiction to consider petitioner's section 2255 motion. See, e.g., 28 U.S.C. § 2255(h); Gonzalez v. Crosby, 545 U.S. 524, 534 (2005); United States v. Byers, No. 25-6563, 2026 WL 867905, at *1 (4th Cir. Mar. 30, 2026) (per curiam) (unpublished); Bixby v. Stirling, 90 F.4th 140, 154–56 (4th Cir. 2024); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003), abrogated on other grounds, United States v. McRae, 793 F.3d 392 (4th Cir. 2015). The court DENIES as meritless petitioner's motion to reduce sentence [D.E. 81]. Petitioner's consecutive sentence on count three under 18 U.S.C. § 924(c) remains valid.

SO ORDERED. This 28 day of May, 2026.

_____
JAMES C. DEVER III
United States District Judge