IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-435-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EDDIE LAMAR PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

The court is very familiar with Eddie Lamar Phillips. See [D.E. 22, 25, 35, 37, 38, 65, 75, 84, 91]. The court DENIES as meritless Phillips's motion for sentence reduction under 18 U.S.C. § 3582(c)(2).

SO ORDERED. This _8_ day of June, 2026.

JAMES C. DEVER III
United States District Judge